# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| vs. § | Case Number: DR:23-M -01356(1) |
| § | 7:16-CR-338 |
| (1) Oscar Manuel Delgado § | |
| *Defendant* | |

## ORDER OF REMOVAL

**TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TEXAS:**

(1) Oscar Manuel Delgado is charged in the United States District Court, SOUTHERN DISTRICT OF TEXAS MCALLEN DIVISION, SUPERVISED RELEASE VIOLATION.

The Court finds that a warrant of arrest has been issued for the Defendant from the United States District Court, SOUTHERN DISTRICT OF TEXAS MCALLEN DIVISION, and Defendant has been arrested in this division. The Court further determined that the Defendant is the person named in said warrant.

YOU ARE HEREBY COMMANDED TO REMOVE (1) Oscar Manuel Delgado to the SOUTHERN DISTRICT OF TEXAS MCALLEN DIVISION, and there deliver him/her to the United States Marshal for that District or to some other officer authorized to to receive him/her.

Defendant is being detained without bond.

ORDERED at DEL RIO, Texas, on 26th day of April, 2023.

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE